**Opinion issued February 4, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00703-CV

———————————

## IN RE C. M., Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator, C.M., has filed a petition for a writ of mandamus, challenging the juvenile court's order waiving its jurisdiction and transferring him to criminal district court for criminal proceedings.[1] *See* TEX. FAM. CODE ANN. § 54.02(j) (Vernon 2014).

---

[1] The underlying proceeding is *In the Matter of C.M.M.*, cause number 2008-06648J, in the 313th District Court of Harris County, Texas, the Honorable Glenn Devlin presiding.

We deny the petition.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Lloyd.